# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THOMAS DEAN JENSEN,

    Plaintiff,

vs.

STATE EMPLOYEES,

    Defendants.

Case No. 3:08-CV-00111-LRH-(RAM)

**ORDER**

    Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, see 28 U.S.C. § 1915(h), has submitted a Complaint (#1). He did not pay the filing fee, nor did he submit an application to proceed in forma pauperis with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

    IT IS THEREFORE ORDERED that the Clerk of the Court shall send Plaintiff a blank form for an application to proceed in forma pauperis for incarcerated litigants and a blank civil rights complaint form with instructions.

///
///
///
///
///
///
///

1    IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to Plaintiff's
2 commencement of a <u>new</u> action in which he either pays the filing fee in full or submits a complete
3 Application to Proceed <u>in Forma Pauperis</u>, accompanied by a signed financial certificate and a
4 statement of his inmate account.  The Clerk of the Court shall enter judgment accordingly.
5    DATED this 11th day of April, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE